DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM E. BYNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1142

[December 1, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502001CF000912A.

William E. Bynes, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***